# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL DOCKET NO.: 5:05CR241-V

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| LARRY ALTAUNDRAUS WINFORD, ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's Motion For Early Termination Of Supervised Release, filed May 14, 2011. (Document #34) The U.S. Attorney's Office does not oppose Defendant's motion.

On February 20, 2008, Defendant was sentenced to thirty-seven (37) months imprisonment for violating 18 U.S.C. § 922(g)(1) and 21 U.S.C. § 841. Defendant has since completed his active sentence, and is currently serving a three-year term of supervised release.

Defendant requests that his supervised release be terminated as successfully completed pursuant to 18 U.S.C. §3583(e). As of April 2011, Defendant has been on supervised release for approximately two (2) years. Defendant's supervising probation officer, Gregg Henderson, advises that Defendant has satisfied his financial obligations, that Defendant is employed, that all areas of concern have been addressed, and that NCIC confirms Defendant has not had any new arrests. Therefore, the Court, in its discretion, will authorize early termination of supervision.

**IT IS, THEREFORE, ORDERED THAT:**

1) Defendant's Motion To Terminate Supervised Release is hereby **GRANTED**; and

2) The Deputy Clerk shall forward a copy of this Order to the Defendant, Defense Counsel, U.S. Attorney's Office, and U.S. Probation.

Signed: May 19, 2011

Richard L. Voorhees
United States District Judge